[Esther Cane and the Johnson property are referred to in S. F. 4692.2.]

## Davis agt. Hathorn

Benjamin Davis attourny of Abraham Jesson of London plaint. ag$^t$ Eleazer Hathorn of Salem Def$^t$ in an action of the case for non payment of One hundred and Eighty pounds good and lawfull mony of England as may appeare to bee due by a bond under s$^d$ Hathorn his hand and Seale dat$^d$ July. 26° 1675. with all other due damages according to attachm$^t$ dat$^d$ april. 12° 1677. . . . The Jury . . . found for the plaint. the Forfiture of the bond one hundred and Eighty pounds lawfull mony of England and costs of Court allow$^d$ twenty five Shillings 2$^d$

Execucion issued June. 11° 1677.